United States District Court
Southern District of Texas
**ENTERED**
June 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NATIONSTAR MORTGAGE LLC, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:25-CV-04399 |
| PHILLIP ABBOTT, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court are United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on April 29, 2026 (Doc. #25) and Plaintiff Nationstar Mortgage LLC's ("Plaintiff") Objections (Doc. #27). The Magistrate Judge's findings and conclusions are reviewed de novo. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as its Order.

This case is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction. Furthermore, Plaintiff's Motion for Leave to Amend (Doc. #18) is DENIED AS MOOT. The Court will enter a separate final judgment.

It is so ORDERED.

**JUN 1 8 2026**
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge